| CO. | FILE | DEPT. | CLOCK | NUMBER | 036 |
|---|---|---|---|---|---|
| ZX- | 000750 | 933 | | 0000007926 | 1 |

# Earnings Statement

ADP

*INTERNATIONAL HOSP ASSOC S EN C POR S.E.*
*PO BOX 6545*
*SAN JUAN, PR 00914-6545*

Period Ending: 05/01/2010
Pay Date: 05/07/2010

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: Tax Exempt
PR: $58 Exemption,(Head of Household)

**ELVIN J. CEDENO MORALES**
**PMB 441**
**PO BOX 2400**
**TOA BAJA, PR 00951**

Social Security Number: XXX-XX-6567

| **Earnings** | **rate** | **hours** | **this period** | **year to date** |
|---|---|---|---|---|
| Regular | 7.3000 | 27.00 | 197.10 | 197.10 |
| Double Time | 14.6000 | .50 | 7.30 | 7.30 |
| Meal | 7.3000 | 1.00 | 7.30 | 7.30 |
| Trans Allow | 7.3000 | 4.00 | 16.00 | 16.00 |
| **Gross Pay** | | | **$227.70** | 227.70 |

| **Other Benefits and Information** | **this period** | **total to date** |
|---|---|---|
| Job Title | | R & M 3 |

| **Deductions** | | **this period** | **year to date** |
|---|---|---|---|
| | **Statutory** | | |
| | Social Security Tax | -14.12 | 14.12 |
| | Medicare Tax | -3.30 | 3.30 |
| | **Other** | | |
| | Priv Disability | -0.48 | 0.48 |
| | **Net Pay** | **$209.80** | |



©1998, 2006, ADP, Inc. All Rights Reserved.
AR HERE

| CO. | FILE | DEPT. | CLOCK | NUMBER | 036 |
|---|---|---|---|---|---|
| ZX- | 000750 | 933 | | 0000007990 | 1 |

# Earnings Statement

ADP®

*INTERNATIONAL HOSP ASSOC S EN C POR S.E.*
*PO BOX 6545*
*SAN JUAN, PR 00914-6545*

Period Ending: 05/08/2010
Pay Date: 05/14/2010

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: Tax Exempt
PR: $58 Exemption,(Head of Household)

Social Security Number: XXX-XX-6567

**ELVIN J. CEDENO MORALES**
**PMB 441**
**PO BOX 2400**
**TOA BAJA, PR 00951**

| **Earnings** | **rate** | **hours** | **this period** | **year to date** |
|---|---|---|---|---|
| Regular | 7.3000 | 38.50 | 281.05 | 478.15 |
| Double Time | 14.6000 | 6.00 | 87.60 | 94.90 |
| Meal | 7.3000 | .50 | 3.65 | 10.95 |
| Retroactive | 7.3000 | 13.00 | 94.90 | 94.90 |
| Trans Allow | 7.3000 | 5.00 | 20.00 | 36.00 |
| **Gross Pay** | | | **$487.20** | 714.90 |

| **Deductions** | | **this period** | **year to date** |
|---|---|---|---|
| | **Statutory** | | |
| | Social Security Tax | -30.20 | 44.32 |
| | Medicare Tax | -7.07 | 10.37 |
| | PR State Income Tax | -16.58 | 16.58 |
| | **Other** | | |
| | Priv Disability | -1.02 | 1.50 |
| | **Net Pay** | **$432.33** | |

| **Other Benefits and Information** | **this period** | **total to date** |
|---|---|---|
| Job Title | | R & M 3 |



| CO. | FILE | DEPT. | CLOCK | NUMBER | 036 |
|---|---|---|---|---|---|
| ZX- | 000750 | 933 | | 0000008128 | 1 |

# Earnings Statement

ADP

*INTERNATIONAL HOSP ASSOC S EN C POR S.E.*
*PO BOX 6545*
*SAN JUAN, PR 00914-6545*

Period Ending: 05/22/2010
Pay Date: 05/28/2010

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: Tax Exempt
PR: $58 Exemption,(Head of Household)

**ELVIN J. CEDENO MORALES**
**PMB 441**
**PO BOX 2400**
**TOA BAJA, PR 00951**

Social Security Number: XXX-XX-6567

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 7.3000 | 40.00 | 292.00 | 1,003.75 |
| Double Time | 14.6000 | .50 | 7.30 | 127.75 |
| Trans Allow | 7.3000 | 5.00 | 20.00 | 72.00 |
| Meal | | | | 12.78 |
| Retroactive | | | | 94.90 |
| **Gross Pay** | | | **$319.30** | 1,311.18 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Job Title | | R & M 3 |
| Sick Balance | | 8.00 |
| Vac Balance | | 10.00 |

| Deductions | | this period | year to date |
|---|---|---|---|
| | **Statutory** | | |
| | Social Security Tax | -19.79 | 81.29 |
| | Medicare Tax | -4.63 | 19.01 |
| | PR State Income Tax | -4.83 | 23.28 |
| | **Other** | | |
| | Priv Disability | -0.67 | 2.75 |
| | **Net Pay** | **$289.38** | |

©1998, 2006, ADP, Inc. All Rights Reserved.

TEAR HERE

| CO. | FILE | DEPT. | CLOCK | NUMBER | 036 |
|---|---|---|---|---|---|
| ZX- | 000750 | 933 | | 0000008193 | 1 |

# Earnings Statement

ADP

*INTERNATIONAL HOSP ASSOC S EN C POR S.E.*
*PO BOX 6545*
*SAN JUAN, PR 00914-6545*

Period Ending: 05/29/2010
Pay Date: 06/04/2010

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: Tax Exempt
PR: $58 Exemption,(Head of Household)

**ELVIN J. CEDENO MORALES**
**PMB 441**
**PO BOX 2400**
**TOA BAJA, PR 00951**

Social Security Number: XXX-XX-6567

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 7.3000 | 37.75 | 275.58 | 1,279.33 |
| Double Time | 14.6000 | 1.25 | 18.25 | 146.00 |
| Trans Allow | 7.3000 | 5.00 | 20.00 | 92.00 |
| Meal | | | | 12.78 |
| Retroactive | | | | 94.90 |
| **Gross Pay** | | | **$313.83** | 1,625.01 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Job Title | | R & M 3 |
| Sick Balance | | 8.00 |
| Vac Balance | | 10.00 |

| Deductions | | this period | year to date |
|---|---|---|---|
| | **Statutory** | | |
| | Social Security Tax | -19.46 | 100.75 |
| | Medicare Tax | -4.55 | 23.56 |
| | PR State Income Tax | -4.45 | 27.73 |
| | **Other** | | |
| | Priv Disability | -0.66 | 3.41 |
| | **Net Pay** | **$284.71** | |

©1998, 2006, ADP, Inc. All Rights Reserved

TEAR HERE

| CO. | FILE | DEPT. | CLOCK | NUMBER | 036 |
|---|---|---|---|---|---|
| ZX- | 000750 | 933 | | 0000008261 | 1 |

# Earnings Statement

ADP

*INTERNATIONAL HOSP ASSOC S EN C POR S.E.*
*PO BOX 6545*
*SAN JUAN, PR 00914-6545*

Period Ending: 06/05/2010
Pay Date: 06/11/2010

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: Tax Exempt
PR: $58 Exemption, (Head of Household)

**ELVIN J. CEDENO MORALES**
**PMB 441**
**PO BOX 2400**
**TOA BAJA, PR 00951**

Social Security Number: XXX-XX-6567

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 7.3000 | 40.00 | 292.00 | 1,571.33 |
| Double Time | 14.6000 | 2.75 | 40.15 | 186.15 |
| Trans Allow | 7.3000 | 5.00 | 20.00 | 112.00 |
| Meal | | | | 12.78 |
| Retroactive | | | | 94.90 |
| **Gross Pay** | | | **$352.15** | 1,977.16 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Job Title | | R & M 3 |
| Sick Balance | | 8.00 |
| Vac Balance | | 10.00 |

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| | Social Security Tax | -21.83 | 122.58 |
| | Medicare Tax | -5.11 | 28.67 |
| | PR State Income Tax | -7.13 | 34.86 |
| **Other** | | | |
| | Priv Disability | -0.74 | 4.15 |
| | **Net Pay** | **$317.34** | |

©1998, 2006, ADP, Inc. All Rights Reserved

TEAR HERE