Actual income of Mr. Cedeño for May 2010

| Date | rate | hours | INCOME ||||| | | DEDUCTIONS |||| |
| | | | Regular | Double Time | Meal | Retroactive | Transport | Gross | Net | SS | Medicare | PR Tax | Dissability | Total deduct |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07-May-10 | $7.30 | 27 | $197.10 | $7.30 | $0.00 | $7.30 | $16.00 | $227.70 | $209.80 | $14.12 | $3.30 | $0.00 | $0.48 | $17.90 |
| 14-May-10 | $7.30 | 38.5 | $281.05 | $87.60 | $3.65 | $94.90 | $20.00 | $487.20 | $432.33 | $30.20 | $7.07 | $16.58 | $1.02 | $54.87 |
| 21-May-10 | no work | 0 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28-May-10 | $7.30 | 40 | $292.00 | $7.30 | $20.00 | $0.00 | $0.00 | $319.30 | $289.38 | $19.79 | $4.63 | $4.83 | $0.67 | $29.92 |
| | $0.00 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | 105.5 | $770.15 | $102.20 | $23.65 | $102.20 | $36.00 | $1,034.20 | $931.51 | $64.11 | $15.00 | $21.41 | $2.17 | $102.69 |
| Average | | | $192.54 | $25.55 | $5.91 | $25.55 | $9.00 | $258.55 | $232.88 | $16.03 | $3.75 | $5.35 | $0.54 | $25.67 |
| | | | YEARLY GROSS | $13,444.60 | | | | | | | | | | |
| | | | YEARLY NET | $12,109.63 | | | | | | | | | | |
| | | | MONTHLY GROSS | $1,120.38 | | | | | | | | | | |
| | | | MONTHLY NET | $1,009.14 | | | | | | | | | | |
| | | | MONTHLY DEDUCTIONS | $111.25 | | | | | | | | | | |

Projected monthly income of Mr. Cedeño (approximation in stardard conditions) as disclosed in schedule I

| Date | rate | hours | INCOME ||||| | | DEDUCTIONS |||| |
| | | | Regular | Double Time | Meal | Retroactive | Transport | Gross | Net | SS | Medicare | PR Tax | Dissability | Total deduct |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07-May-10 | $7.30 | 40 | 292 | 7.3 | 20 | 0 | 0 | 319.3 | 289.38 | 19.79 | 4.63 | 4.83 | 0.67 | $29.92 |
| 14-May-10 | $7.30 | 40 | $292.00 | $7.30 | $20.00 | $0.00 | $0.00 | $319.30 | $289.38 | $19.79 | $4.63 | $4.83 | $0.67 | $29.92 |
| 21-May-10 | $7.30 | 40 | $292.00 | $7.30 | $20.00 | $0.00 | $0.00 | $319.30 | $289.32 | $19.79 | $4.63 | $4.89 | $0.67 | $29.98 |
| 28-May-10 | $7.30 | 40 | $292.00 | $7.30 | $20.00 | $0.00 | $0.00 | $319.30 | $289.38 | $19.79 | $4.63 | $4.83 | $0.67 | $29.92 |
| | $0.00 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | 160 | $1,168.00 | $29.20 | $80.00 | $0.00 | $0.00 | $1,277.20 | $1,157.46 | $79.16 | $18.52 | $19.38 | $2.68 | $119.74 |
| Average | | | $292.00 | $7.30 | $20.00 | $0.00 | $0.00 | $319.30 | $289.37 | $19.79 | $4.63 | $4.85 | $0.67 | $29.94 |
| | | | YEARLY GROSS | $16,603.60 | | | | | | | | | | |
| | | | YEARLY NET | $15,046.98 | | | | | | | | | | |
| | | | MONTHLY GROSS | $1,383.63 | | | | | | | | | | |
| | | | MONTHLY NET | $1,253.92 | | | | | | | | | | |
| | | | MONTHLY DEDUCTIONS | $129.72 | | | | | | | | | | |