Cedeño Morales, Elvin & Iris Gigi Rosa Vélez
BK 10-2767 BKT
Analisis de valor de la propiedad contra lreclamaciones a pagarse para determinar viabilidad

| Claims | |
|---|---:|
| Claimed by Operating Partners | $57,289.67 |
| Claimed by R&G | $23,798.93 |
| Claimed by IRS | $15,869.98 |
| Claim by CRIM | $30.76 |
| Claim by Dept Hacienda | $0.00 |
| Total of payable claims | $96,989.34 |

| Total of both mortgages | |
|---|---:|
| RNPM | $57,289.67 |
| R&G | $23,798.93 |
| | |
| Total | $81,088.60 |

| | |
|---|---:|
| Property value (as appraised) | $121,000.00 |
| Paid to plan from income (60 Months) | $15,000.00 |
| Total assets to provide for payments | $136,000.00 |
| | |
| Exemptions | $39,011.00 |
| Claims | $96,989.00 |
| Money needed to fund plan | $136,000.00 |
| | |
| Balance of assets vs. liabilities | $0.00 |

Although the plan contemplates to pay only mortgage arrears, Refinancing or selling will require to cancel mortgage balances in full.