IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

ELVIN JOSE CEDENO MORALES

IRIS GIGY ROSA VELEZ

DEBTOR(S)

CASE 10-02767-BKT

CHAPTER 13

**AMENDED DOCUMENT**

## TRUSTEE'S REPORT ON CONFIRMATION

1. A meeting of creditors pursuant to Section 341 was held on **May 06, 2010**. The meeting was (was not) duly attended by debtor(s) and their attorney.

2. The liquidation value of the estate has been determined to be: 0.00

3. With respect to the attached payment plan:

AMENDED PLAN DATE: June 18, 2010    PLAN BASE: $62,000.00

TRUSTEE'S COMMENTS AND RECOMENDATIONS DATED: 9/17/2010

[ ] FAVORABLE    [X] UNFAVORABLE

1. [X] FEASIBILITY 11 USC § 1325(a)(6):
   SEE OBJECTION TO CONFIRMATION BY RNPM, LLC. (DKT.41)

2. [X] INSUFFICIENTLY FUNDED § 1325(b):
   DEBTOR IS PROPOSING TO PAY ARREARS OF $27,371.95 TO RNPM, HOWEVER, ENTIRE AMOUNT OF $57,289.67 IS DUE AS PER POC #1. PLAN IS INSUFFICIENT TO PAY CLAIM AMT.

3. [ ] UNFAIR DISCRIMINATION § 1322(b):

4. [ ] FAILS LIQUIDATION VALUE TEST § 1325(a)(4):

5. [ ] FAILS DISPOSABLE INCOME TEST § 1325(b)(1)(B):

6. [ ] DOES NOT PROVIDE FOR SECURED CREDITOR § 1325(a)(5):

7. [X] OTHER:
   DEBTORS TO EXPLAIN WHY THEY ARE PROPOSING MONTHLY MORTGAGE PAYMTS TO RNPM IF MORTGAGE DEBT IS DUE? IS THERE AN AGREEMENT WITH THE CREDITOR?

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

Atty Fee: $3,000.00 / $500.00 / $2,500.00

Atty: JUAN O CALDERON

/s/ Miriam Salwen Acosta

Miriam Salwen Acosta
USDC # 208910
For:
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062