UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

Minute Entry

**Hearing Information:**

Debtor:  ELVIN JOSE CEDENO MORALES and IRIS GIGY ROSA VELEZ
Case Number:  10-02767-BKT13           Chapter: 13
Date / Time / Room: 12/16/2010 9:00 AM
Bankruptcy Judge: BRIAN K. TESTER
Courtroom Clerk:  AIDA MACHARGO
Reporter / ECR:   INECITA COLLAZO

**Matter:**
Confirmation Hearing

**Appearances:**
OSMARIE NAVARRO, CHAPTER 13 TRUSTEE
JUAN O CALDERON LITHGOW - ATTORNEY FOR DEBTOR
CHARLES GILMORE - ATTORNEY FOR OPERATING PARTNERS CO.

**Proceedings:**

ORDER:

 The debtor to file a copy of the appraisal. The Trustee is allowed twenty - one (21) days to file a recommendation to the amended plan dated 12/16/2010 (docket #48). If favorable, and the Operating Partners withdraws the objection to confirmation the plan may be confirmed without a need for a hearing.  If not favorable recommended the confirmation will be denied and the PR LBR 3015 -2 (h) applies.  The Trustee's Motion to Dismiss (docket #40) is moot.

/S/BRIAN K. TESTER
U.S. Bankruptcy Judge