IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | |
|---|---|
| ELVIN JOSE CEDENO MORALES | CASE 10-02767-BKT |
| IRIS GIGY ROSA VELEZ | CHAPTER 13 |
| DEBTOR(S) | |

## TRUSTEE'S REPORT ON CONFIRMATION

1. A meeting of creditors pursuant to Section 341 was held on **May 06, 2010**. The meeting was (was not) duly attended by debtor(s) and their attorney.

2. The liquidation value of the estate has been determined to be: $2,081 (PV: $2,414)

3. With respect to the attached payment plan:

AMENDED PLAN DATE: December 16, 2010            PLAN BASE: $119,000.00

TRUSTEE'S COMMENTS AND RECOMENDATIONS DATED: 12/28/2010

[ ] FAVORABLE            [X] UNFAVORABLE

1. [X] FEASIBILITY 11 USC § 1325(a)(6):
   RNPM, LLC HAS NOT WITHDRAW OBJECTION TO CONFIRMATION.

2. [ ] INSUFFICIENTLY FUNDED § 1325(b):

3. [ ] UNFAIR DISCRIMINATION § 1322(b):

4. [X] FAILS LIQUIDATION VALUE TEST § 1325(a)(4):
   APPRAISAL HAS NOT BEEN SUBMITTED. ALSO DEBTORS TO JUSTIFY HOW $104,000 LUMP SUM IS FEASIBLE.

5. [ ] FAILS DISPOSABLE INCOME TEST § 1325(b)(1)(B):

6. [ ] DOES NOT PROVIDE FOR SECURED CREDITOR § 1325(a)(5):

7. [X] OTHER:
   DEBTORS TO EXPLAIN WHY THEY ARE PROPOSING MONTHLY MORTGAGE PAYMTS TO RNPM IF MORTGAGE DEBT IS DUE? IS THERE AN AGREEMENT WITH THE CREDITOR?

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

Atty Fee:$3,000.00 /$500.00/$2,500.00

Atty: JUAN O CALDERON

/s/ Miriam Salwen Acosta

Miriam Salwen Acosta
USDC # 208910
For:
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062