## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF PUERTO RICO

**IN RE:**

**CASE NO.10-02767 BKT**

**ELVIN J. CEDENO MORALES**
**IRIS G. ROSA VELEZ**

**CHAPTER 13**

**DEBTOR(S)**

### TRUSTEE'S REQUEST FOR ENTRY OF DISMISSAL ORDER

**TO THE HONORABLE COURT:**

Comes now, Alejandro Oliveras Rivera, Standing Chapter 13 Trustee, represented by the undersigned counsel and very respectfully states and prays:

1. During the hearing held on 12-16-10 the Court denied confirmation under LBR 3015-2 (h) affording debtor the opportunity to comply with the Trustee's requests.

2. The time to comply with the Court's order has transpired and as of this date the Trustee's requests have not been fully complied with. No request for extension of time has been timely filed.

3. The conduct on the part of debtor(s) warrants the entry of the dismissal order pursuant to 11 U.S.C. §1307, LBR 1017-2 and LBR 3015-2 (h).

**WHEREFORE**, for the reasons stated above it is respectfully requested from the Court to take knowledge of the above and to enter the order of dismissal for debtors' failure to abide the orders of the Court and for want of prosecution of the case.

**10 DAY NOTICE TO ALL CREDITORS AND PARTIES IN INTEREST** : You are
hereby notified that you have ten (10) days from the date of this
notice to file and opposition to the foregoing motion and to request a
hearing. If no opposition is filed within the prescribed period of
time, the Trustee's Motion will be deemed unopposed and may be granted
without further hearing unless (1) the requested relief is forbidden
by law; (2) the requested relief is against public policy; or (3) in
the opinion of the Court, the interest of justice requires otherwise.
If a timely opposition is filed, the Court will schedule a hearing as
a contested matter.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date I
electronically filed the above document with the Clerk of the Court using
the CM/ECF System which sent a notification of such filing to all those
who in this case have registered for receipt  of notice by electronic
mail.   I further certify that I have served to the U.S. Trustee,
**ustpregion21.hr.ecf@usdoj.gov** and by depositing true and exact copies
thereof in the United States Mail, postage prepaid, to the non CM/ECF
participants:   debtor(s) and parties in interest that have filed a
notices of appearance included in the address list attached to the
original and the Trustee's copy on file.

**RESPECTFULLY SUBMITTED.**

San Juan, Puerto Rico this    day of      MAR 0 1 2011

**ALEJANDRO OLIVERAS RIVERA**
**CHAPTER 13 TRUSTEE**
P.O. Box 9024062
San Juan, PR 00902-4062
Tel. 977-3500   Fax 977-3521

By: **/s/ Miriam Salwen Acosta**
MIRIAM SALWEN ACOSTA
Staff Attorney
USDC # 208910

# CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail or electronically sent to the parties listed below:

JUAN O CALDERON LITHGOW*
PO BOX 1710
VEGA BAJA, PR 00694 -1710

RG MORTGAGE CORPORATION
C/O WALLACE VAZQUEZ SANABRIA
17 CALLE MEJICO STE D1
SAN JUAN, PR 00917 -2202

BANCO POPULAR DE P R
C/O MIGDALIA EFFIE GUASP
PO BOX 362708
SAN JUAN, PR 00936 -2708

ELVIN JOSE CEDENO MORALES and IRIS GIGY ROSA VELEZ
PO BOX 2400 PMB 441
TOA BAJA, PR 00951-2400

DATED: March 01, 2011

S/DIANA ARROYO
OFFICE OF THE CHAPTER 13 TRUSTEE

Page 1 of 1     - CASE     10-02767-BKT