IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

ELVIN JOSE CEDENO MORALES  CASE NO. 10-02767 BKT

IRIS GIGY ROSA VELEZ  Chapter 13

XXX-XX-6567

XXX-XX-9973

FILED & ENTERED ON 03/03/2011

**Debtor(s)**

### ORDER

Upon Trustee's Unfavorable Recommendation, the confirmation of the Plan dated 12/16/2010 is denied. PR LBR 3015-2(h) applies.

IT IS SO ORDERED.

San Juan, Puerto Rico this 03 day of March, 2011.

Brian K. Tester
U.S. Bankruptcy Judge