# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re:<br><br>**ELVIN JOSE CEDEÑO MORALES and<br>IRIS GIGY ROSA VELEZ**<br><br>Debtors. | Case No. 10-02767 (BKT)<br><br>Chapter 13 |

## REQUEST FOR ENTRY OF ORDER OF DISMISSAL

TO THE HONORABLE UNITED STATES
BANKRUPTCY COURT:

    BY COUNSEL, secured creditor RNPM, LLC ("RNPM"), by and through Operating Partners Co., Inc., as attorney-in-fact, respectfully REQUESTS and PRAYS as follows:

    1. On September 10, 2010, the Trustee filed a Motion for Dismissal. See Docket No. 40.

    2. On December 16, 2010, the debtor filed Amended Chapter 13 Plan dated December 16, 2010. See Docket No. 48.

    3. On December 16, 2010, the minutes of confirmation provided that the debtors submit the appraisal of their property on or before 21 days. Docket 49.

    4. On December 28, 2010 and March 3, 2011, the Chapter 13 trustee issued unfavorable recommendations for confirmation of the plan dated December 16, 2010. See Docket no's. 50 and 57.

    5. On March 1, 2011, the trustee filed a Motion Requesting entry of Order of Dismissal. See Docket No. 55.

6. On March 1, 2011, the debtor filed an Opposition Request to Entry of Order of Dismissal submitting the appraisal requested by the court but the same was filed out of the term established by the Court. Docket 56.

7. In light of the above, the appearing party moves this Honorable Court for an entry of order granting the request for dismissal.

WHEREFORE, secured creditor Operating Partners, respectfully requests an entry of Order granting the request for dismissal at docket 40.

We hereby CERTIFY that on this same date, we electronically filed the foregoing Motion with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties in this case.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, on June 7, 2011.

**O'NEILL & GILMORE, P.S.C.**
*Attorneys for Operating Partners*
Edif. Citibank Towers
252 Ave. Ponce de León, Suite 1701
San Juan, Puerto Rico 00918-2019
Tel. (787) 620-0670
Fax. (787) 620-0671
E-mail: cpg@go-law.com

***/s/ Charles P. Gilmore***
Charles P. Gilmore, Esq.
USDC No. 209614