IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

ELVIN JOSE CEDENO MORALES

IRIS GIGY ROSA VELEZ

XXX-XX-6567

XXX-XX-9973

Debtor(s)

CASE NO. 10-02767 BKT

Chapter 13

FILED & ENTERED ON 06/09/2011

## ORDER DISMISSING CASE

On 03/03/2011, the Court denied confirmation of debtor(s)' Chapter 13 Plan. More than eleven (11) days have elapsed and the debtor(s) has/have not filed a modified plan, moved for the conversion of the case, filed a motion for reconsideration or appealed the denial of confirmation. Accordingly, pursuant to Local Bankruptcy Rule 3015(d), it is now

ORDERED that the instant case be and it hereby is dismissed; and it is further

ORDERED that the Chapter 13 trustee file a final report and account within thirty (30) days from entry of this order.

SO ORDERED.

San Juan, Puerto Rico, this 09 day of June, 2011.

Brian K. Tester
U. S. Bankruptcy Judge

C:   All creditors
     F/up