IN THE UNITED STATES BANKRUPTCY COURT
District of Puerto Rico

In the Matter of:

ELVIN CEDEÑO MORALES
IRIS GIGY ROSA VELEZ

Case No. **10-02767 BKT**

Chapter 13

Debtor(s)

## NOTICE OF FILING MOTION REQUESTING TO RECONSIDER AND VACATE ORDER OF DISMISSAL

### NOTICE

TAKE NOTICE that a motion to reconsider and vacate Order of Dismissal in present cased has been filed on July 8, 2011. Within ten (10) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted or decided without actual hearing unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

### CERTIFICATE OF SERVICE

I CERTIFY that a copy of this motion has been filed with the Clerk of the Court that will send notice to the Chapter 13 trustee Alejandro Oliveras Rivera, attorney Charles P. Gilmore for Operating Partners and all parties subscribed to the CM/ECF system. on this same date and by regular U.S. Mail, All other non participants has been notified on this date with a copy of the motion regular mail using the US Postal Service, as per Master Address List attached.

In Vega Baja, Puerto Rico, this day July 8, 2011

s/ Juan O. Calderon Lithgow  
**JUAN O. CALDERON LITHGOW**  
**ATTORNEY FOR DEBTOR, 205607**  
**APARTADO 1710**  
**VEGA BAJA, PR 00694-1710**  
**TEL.: 858-5476**  
**Email: caldlithlaw@gmail.com**

ELVIN JOSE CEDENO-MORALES
PMB 441
PO BOX 2400
TOA BAJA, PR 00951-2400

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURE RM 912
MERC. PLAZA BLDG 27 1/2
SAN JUAN, PR 00918

IRIS GIGY ROSA VELEZ
PMB 441
PO BOX 2400
TOA BAJA, PR 00951-2400

OPERATING PARTNERS CO INC
PO BOX 194499
SAN JUAN, PR 00919

JUAN O. CALDERON-LITHGOW
JUAN O. CALDERON-LITHGOW
P.O. BOX 1710
VEGA BAJA, P. 00694-1710

PRASA
PO BOX 14580
SAN JUAN, PR 00916-4580

AMERICAN EXPRESS
PO BOX 1270
NEWARK, NJ 07101-7077

PREPA
P.O.BOX 363508
SAN JUAN, PR 00936

AMERICAN EXPRESS
PO BOX 47500
JACKSONVILLE, FL 32247

R&G MORTGAGE
PO BOX 362394
SAN JUAN, PR 00936

BANCO POPULAR
PO BOX 426
VEGA BAJA, PR 00694-0426

RADIO SHACK
PO BOX 9025
DES MOINES, IA 50368-9025

BANCO POPULAR
PO BOX 70100
SAN JUAN, PR 00936-7100

SEARS PREMIER CARD
PO BOX 105491
ATLANTA, GA 30348-5491

COOP A/C PEPINIANA
PO BOX 572
SAN SEBASTIAN, PR 00685

ZALES
PO BOX 9025
DES MOINES, IA 50368-9025

DTOP
PO BOX 41269
SAN JUAN, PR 00940